IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RENE MURILLO HINOJOSA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-437 |
| | § | |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

In accordance with this court's opinion of the same date, this action is dismissed, without prejudice, for lack of subject matter jurisdiction.

SIGNED on December 23, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge